AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Stephen Thaxton, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-00941-CAP |
| Collins Asset Group, LLC et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Collins Asset Group, LLC and Collins & Hilton Asset Group, LLC.

Date: 3/11/20

/s Kurt G. Kastorf
*Attorney's signature*

Kurt Kastorf (GA 315315)
*Printed name and bar number*

Kastorf Law LLC
1387 Iverson Street NE, Suite #100
Atlanta, GA 30307
*Address*

kurt@kastorflaw.com
*E-mail address*

(404) 900-0330
*Telephone number*

(404) 900-0330
*FAX number*

Print    Save As...    Reset