**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| STEPHEN THAXTON and PATRICIA THAXTON, *individually and on behalf of all others similarly situated*, | *<br>*<br>*<br>*<br>* | |
| Plaintiffs, | *<br>* | |
| v. | *<br>* | 1:20-CV-00941-ELR |
| COLLINS ASSET GROUP, LLC, et al., | *<br>*<br>* | |
| Defendants. | *<br>* | |

—————

**O R D E R**

—————

On April 13, 2020, the Court stayed this case pending the outcome of a Show

Cause Order in a related case, Collins Asset Group, LLC v. Diversified Financing,

LLC et al., No. 7:20-CV-00942 (S.D.N.Y. Feb. 4, 2020).  [Doc. 35].  As of July 9,

2020, the above-named related case has been transferred to the District Court for the

Northern District of Georgia and reassigned to the undersigned.  [See Dkt. Nos. 290,

299].[1]

---

[1] The related case is now Collins Asset Group, LLC v. Diversified Financing, LLC et al., No. 1:20-CV-02818-ELR (N.D. GA Jul. 6, 2020) (hereinafter, "Collins Action").  "Dkt. No." will be used to refer to filings in case number 1:20-CV-02818-ELR.  "Doc." refers to the docket entries in case number 1:20-CV-00941-ELR.

On September 17, 2020, the interpleader plaintiff Collins Asset Group, LLC and several interpleader defendants in the Collins Action filed a "Joint Motion to Stay Interpleader Plaintiff's Order to Show Cause for Interpleader Relief Pending Settlement." [See Dkt. No. 348].[2]  In that motion, the parties in the Collins Action indicated that they had reached a settlement in principle that could result in the dismissal of both this case as well as the related Collins Action.  [Id.]  Thus, the parties requested that the Court stay the Collins Action for forty-five (45) days until they finalize settlement discussions.  [Id.]  The Court granted the parties' motion to stay the Collins Action for forty-five (45) days and directed the interpleader plaintiff to file an update as to the finalization of settlement by the end of the forty-five (45) day period.  [See Dkt. No. 349].

The forty-five (45) day period has now ended without an update as to the settlement.  Therefore, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[3]  The Parties shall file a stipulation of dismissal upon finalization of the settlement documents.  If settlement fails, the Parties should promptly move to reopen the case.

---

[2] The interpleader defendants that joined in this motion included Plaintiffs Stephen Thaxton and Patricia Thaxton.  [See Dkt. No. 348].

[3] The Court notes that administrative closure will not prejudice the rights of any party to this litigation.  A party need only file a motion to reopen the case if they so choose.

**SO ORDERED**, this 5th day of November, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia