# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEPHEN THAXTON and PATRICIA THAXTON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLLINS ASSET GROUP, LLC, et. al<br><br>Defendants. | Case No.: 1:20-CV-00941-ELR |

## [PROPOSED] ORDER GRANTING MOTION TO REOPEN CASE

Presently before this Court is Plaintiffs Stephen Thaxton, Patricia Thaxton and Defendant Collins Asset Group, LLC joint motion to reopen this case. [Doc. 47]. Based on the Court's review of the joint motion, the parties request to reopen this case so that the parties can file the documents related to the proposed class settlement in the coming days, including but not limited to the motion for preliminary approval and other related pleadings.

IT IS HEREBY ORDERED that the Joint Motion to Reopen this Case is **GRANTED**.

**SO ORDERED**, this _____ day of November, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia