IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHEN THAXTON and PATRICA THAXTON, *individually and on behalf of others similarly situated*, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-0941-ELR |
| COLLINS ASSET GROUP, LLC, et. al., | * * * | |
| Defendants. | * * | |

**O R D E R**

Presently before the Court is Plaintiffs Stephen Thaxton and Patricia Thaxton and Defendant Collins Asset Group, LLC's "Joint Motion to Re-Open Case." [Doc. 47]. In their motion, the Parties request that the Court re-open this case so that the Parties can file documents related to a proposed class settlement. [Id.] Upon review, the Court **GRANTS** the Parties' motion [Doc. 47] and **DIRECTS** the Clerk to **RE-OPEN** this case.

**SO ORDERED**, this 1st day of December, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia